1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant McGown
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   No. CR- 14-71470 MAG
                                )
12              Plaintiff,      )   STIPULATION AND [PROPOSED]
                                )   ORDER RESETTING DATE FOR
13 vs.                          )   PRELIMINARY HEARING AND
                                )   EXCLUDING TIME
14 CURTIS McGOWN,               )
                                )
15              Defendant.      )
   _____)
16

17       Curtis McGown is charged by complaint with violation of 18 U.S.C. § 922(g), felon

18 in possession of a firearm.  The parties are scheduled to appear for a preliminary hearing or

19 arraignment on December 10, 2014.  The government has produced an initial batch of

20 discovery to the defense and the defense has requested additional discovery.  Further, the

21 parties are exploring the possibility of a resolution that would not require the government

22 to seek an indictment against the defendant.  Accordingly, the parties ask that the Court

23 reset the matter for preliminary hearing on January 8, 2015.  The parties agree to an

24 exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), from

25 December 2, 2014 through January 8, 2015.  Failure to grant the requested continuance

26 would unreasonably deny defense counsel reasonable time necessary for effective

STIPULATION AND PROPOSED ORDER         1

1 preparation, taking into account the exercise of due diligence and the need for defense
2 counsel to review discovery, conduct investigation, and consult with the defendant.
3 Further, defendant McGown and his counsel waive the provisions of Rule 5.1(c) of the
4 Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 14
5 days of his initial appearance.

7 Dated: December 2, 2014             /s/ Ned Smock
                                      NED SMOCK
8                                     Assistant Federal Public Defender

10 Dated: December 2, 2014            /s/ William Frentzen
                                      WILLIAM FRENTZEN
                                      Assistant United States Attorney

## [PROPOSED] ORDER

Given the circumstances set forth above, the Court finds that the ends of justice served by excluding the period from December 2, 2014, to January 8, 2015, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. Accordingly, and with the consent of the defendant, the Court orders that the period from December 2, 2014, to January 8, 2015, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). In addition, good cause having been shown, the time between November 7, 2014, to November 14, 2014, is excluded from the time in which the court must conduct a preliminary hearing under Federal Rule of Criminal Procedure 5.1. The matter is rescheduled for preliminary hearing on January 8, 2015.

Dated: December 3, 2014              _____
                                     HON. KANDIS WESTMORE
                                     United States Magistrate Judge