1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant McGown
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   No. CR- 14-71470 MAG
                                )
12            Plaintiff,         )   STIPULATION AND [PROPOSED]
                                )   ORDER RESETTING DATE FOR
13 vs.                           )   PRELIMINARY HEARING AND
                                )   EXCLUDING TIME
14 CURTIS McGOWN,                )
                                )
15            Defendant.         )
   _____)

16

17     Curtis McGown is charged by complaint with violation of 18 U.S.C. § 922(g), felon

18 in possession of a firearm. The parties are scheduled to appear for a preliminary hearing or

19 arraignment on January 8, 2015. The government has produced an initial batch of

20 discovery to the defense and the defense has requested additional discovery. Among other

21 things, the defense is seeking to view the physical evidence in the case. Further, the parties

22 are exploring the possibility of a resolution that would not require the government to seek

23 an indictment against the defendant. Accordingly, the parties ask that the Court reset the

24 matter for preliminary hearing on January 28, 2015. The parties agree to an exclusion of

25 time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), from January 8,

26 2015 through January 28, 2015. Failure to grant the requested continuance would

STIPULATION AND PROPOSED ORDER        1

1  unreasonably deny defense counsel reasonable time necessary for effective preparation,
2  taking into account the exercise of due diligence and the need for defense counsel to review
3  discovery, conduct investigation, and consult with the defendant.  Further, defendant
4  McGown and his counsel waive the provisions of Rule 5.1(c) of the Federal Rules of
5  Criminal Procedure requiring a preliminary hearing to be held within 14 days of his initial
6  appearance.

8  Dated: January 6, 2015                    /s/ Ned Smock
                                             NED SMOCK
9                                            Assistant Federal Public Defender

10
   Dated: January 6, 2015                    /s/ William Frentzen
11                                           WILLIAM FRENTZEN
                                             Assistant United States Attorney

### ~~[PROPOSED]~~ ORDER

Given the circumstances set forth above, the Court finds that the ends of justice served by excluding the period from January 8, 2015, to January 28, 2015, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information.  Accordingly, and with the consent of the defendant, the Court orders that the period from January 8, 2015, to January 28, 2015, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).  In addition, good cause having been shown, the time between January 8, 2015 and January 28, 2015 is excluded from the time in which the court must conduct a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  The matter is rescheduled for preliminary hearing on January 28, 2015.

Dated: January _7_, 2015                    _/s/ Kandis Westmore_
                                            HON. KANDIS WESTMORE
                                            United States Magistrate Judge

STIPULATION AND PROPOSED ORDER            2