UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15-cr-00176-JSW-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE: *JOHNSON* CLAIM RAISED IN SECTION 2255 MOTION** |
| CURTIS MCGOWN, | Re: Dkt. No. 49 |
| Defendant. | |

Before the Court is the motion of Defendant Curtis McGown ("movant") for an order under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence on the ground that his sentence has been rendered invalid by the Supreme Court's holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015). This *Johnson* claim appears colorable under 28 U.S.C. § 2255 and merits an answer from the government.

The following deadlines will apply, unless the parties submit a stipulation and proposed order for a modified briefing schedule: (1) within 75 days after the § 2255 motion was filed, the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the Court should not "vacate, set aside or correct the sentence" being served by movant; (2) movant shall file a reply brief 45 days after the opposition is filed. Thereafter, the matter will be deemed submitted on the papers, unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: June 10, 2016

JEFFREY S. WHITE
United States District Judge